IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:95CR146-7 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JOSE DELTORO-AGUILERA, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The government's motion for extension of time to file response (filing 503) is granted.

(2) The government's brief shall be filed not later than 5:00 P.M. on June 10, 2008.

(3) The defendant may file a responsive brief not later than 5:00 P.M. on June 24, 2008.

(4) My chambers shall call this matter to my attention on June 25, 2008.

(5) The Clerk shall provide the defendant with a copy of this order at his last known address.

May 19, 2008.                                      BY THE COURT:

                                                   s/ *Richard G. Kopf*
                                                   United States District Judge