IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:95CR146 |
| | ) | |
| V. | ) | |
| | ) | |
| JOSE DELTORO-AGUILERA, | ) | **JUDGMENT** |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that judgment is entered in favor of the United States of America and against Defendant, Jose Deltoro-Aguilera, providing that Defendant's motion pursuant to 28 U.S.C. § 2255 (filing no. 408) is denied and dismissed with prejudice.

September 15, 2008        BY THE COURT:

                                        *s/Richard G. Kopf*
                                        United States District Judge