IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:95CR146 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JOSE DEL TORO-AGUILERA, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Defendant's motion for appointment of counsel on appeal (filing 515) is denied without prejudice to Defendant filing a motion for appointment of counsel in the United States Court of Appeals for the Eighth Circuit, after he files a notice of appeal in the district court.

October 27, 2008.          BY THE COURT:

                           s/ *Richard G. Kopf*
                           United States District Judge