IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 8:95CR146-7 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| JOSE DELTORO-AGUILERA, | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1. To the extent the district court retains jurisdiction over this matter, the defendant's motion for leave to proceed in forma pauperis on appeal (Filing No. 561) is granted.

2. The clerk of the district court shall forward copies of (1) this order and (2) the defendant's motion and affidavit (Filing No. 561) and to the United States Court of Appeals for the Eighth Circuit.

May 23, 2016.                    BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge